| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynn, Barbara M. | 2. Court or Organization<br><br>U.S.D.C.-No. District of Texas | 3. Date of Report<br><br>08/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active Federal Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>1100 Commerce St., Room 1572<br>Dallas, TX 75242 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | Family Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | Member | Board of Directors, Southern Methodist University Tate Lecture Series |
| 6. | Trustee and Secretary | Board of Trustees, American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Michael P. Lynn P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 31-April 2, 2017 | New York, NY | Annual Dinner in Honor of the Federal Judiciary | Transportation, meals, hotel |
| 2. | Baylor University | April 6-7, 2017 | Washington, DC | Baylor Patent Litigation Conference | Transportation, meals, hotel |
| 3. | Colby College | August 7-9, 2017 | Portland, ME | Brody Selection Committee Meeting | Transportation, meals, hotel |
| 4. | Organizing Committee of 2017 International IP Court Conference | September 1-9, 2017 | Daejeon, Korea | 2017 International IP Court Conference | Transportation, meals, hotel |
| 5. | American Bar Association | November 7-8, 2017 | Cambridge, MA | Advisory Council | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

| | | | | |
|---|---|---|---|---|
| 6. | University of Denver | November 8-10, 2017 | Colorado Springs, CO | IAALS Convening on Summary Judgment | Transportation, meals, hotel |
| 7. | American Bar Association | November 15-17, 2017 | Philadelphia, PA | 2017 Women in Litigation Joint Conference | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Account #1 (includes 2-38) | | | | | | | | | |
| 2. -Vanguard Ext Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 3. -Vanguard Int Term TE Adm | F | Dividend | P1 | T | Sold (part) | 01/30/17 | J | | |
| 4. -Vanguard Int Term TE Adm | | | | | Sold (part) | 04/24/17 | J | | |
| 5. -Vanguard Int Term TE Adm | | | | | Sold (part) | 07/07/17 | J | | |
| 6. -Vanguard Long Term TE Adm | E | Dividend | O | T | Buy (add'l) | 08/24/17 | L | | |
| 7. -Vanguard Long Term TE Adm | | | | | Buy (add'l) | 09/22/17 | L | | |
| 8. -Vanguard Long Term TE Adm | | | | | Buy (add'l) | 10/20/17 | L | | |
| 9. -Vanguard Long Term TE Adm | | | | | Buy (add'l) | 10/20/17 | J | | |
| 10. -Vanguard Ltd Term TE Adm | E | Dividend | P1 | T | Buy (add'l) | 03/21/17 | J | | |
| 11. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/23/17 | J | | |
| 12. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/23/17 | K | | |
| 13. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/23/17 | J | | |
| 14. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/28/17 | J | | |
| 15. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/17 | J | | |
| 16. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/17 | K | | |
| 17. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/22/17 | J | | |
| 19. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/22/17 | J | | |
| 20. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/19/17 | J | | |
| 21. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/19/17 | J | | |
| 22. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/19/17 | J | | |
| 23. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/21/17 | K | | |
| 24. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/21/17 | J | | |
| 25. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/20/17 | J | | |
| 26. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/20/17 | J | | |
| 27. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/22/17 | J | | |
| 28. -Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/22/17 | J | | |
| 29. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | | | | | |
| 30. -Vanguard Tlt Int Stock Index Adm | E | Dividend | P1 | T | | | | | |
| 31. -Vanguard Tlt Stk Idx Adm | F | Dividend | | | Sold | 12/19/17 | P2 | | |
| 32. -Vanguard Ttl Stk Idx Inst | E | Dividend | P2 | T | Buy | 12/19/17 | P2 | | |
| 33. -Vanguard 500 Idx Adm | E | Dividend | P1 | T | | | | | |
| 34. -Vanguard Federal Money Mkt | A | Dividend | | | Buy | 08/07/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Federal Money Mkt | | | | | Sold (part) | 08/24/17 | L | | |
| 36. -Vanguard Federal Money Mkt | | | | | Sold (part) | 09/22/17 | L | | |
| 37. -Vanguard Federal Money Mkt | | | | | Redeemed (part) | 10/02/17 | J | | |
| 38. -Vanguard Federal Money Mkt | | | | | Sold | 10/20/17 | L | | |
| 39. Vanguard Account #2 (includes 40) | | | | | | | | | |
| 40. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 41. Vanguard Account #3 (includes 42-61) | | | | | | | | | |
| 42. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | O | T | Buy (add'l) | 12/19/17 | J | | |
| 43. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Buy (add'l) | 12/19/17 | J | | |
| 44. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy (add'l) | 03/23/17 | J | | |
| 45. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/23/17 | J | | |
| 46. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/17 | J | | |
| 47. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/17 | J | | |
| 48. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 08/24/17 | L | | |
| 49. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/19/17 | J | | |
| 50. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/21/17 | J | | |
| 51. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/22/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 10/20/17 | L | | |
| 53. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/20/17 | J | | |
| 54. -Vanguard int Term TE Adm | | | | | Buy (add'l) | 12/20/17 | J | | |
| 55. -Vanguard Tlt Stk Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 56. -Vanguard Tlt Int Stock Idx Adm | C | Dividend | M | T | | | | | |
| 57. -Vanguard Federal Money Mkt | A | Dividend | | | Buy | 08/07/17 | M | | |
| 58. -Vanguard Federal Money Mkt | | | | | Sold (part) | 08/24/17 | L | | |
| 59. -Vanguard Federal Money Mkt | | | | | Sold (part) | 09/22/17 | L | | |
| 60. -Vanguard Federal Money Mkt | | | | | Sold (part) | 10/20/17 | L | | |
| 61. -Vanguard Federal Money Mkt | | | | | Sold | 12/19/17 | J | | |
| 62. Vanguard Account #4 (includes 63) | | | | | | | | | |
| 63. -Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | Redeemed (part) | 03/06/17 | J | | |
| 64. Vanguard Account #5 (includes 65) | | | | | | | | | |
| 65. -Vanguard Tax-Exempt Money Mkt | A | Dividend | L | T | | | | | |
| 66. Vanguard R/O IRA #1 (includes 67-70) | | | | | | | | | |
| 67. -Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 68. -Vanguard Ttl Bond Mkt Idx Adm | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Tlt Int Bond Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 70. -Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 71. Vanguard IRA #1 (includes 72) | | | | | | | | | |
| 72. -Vanguard Total Bond Mkt Idx Adm | C | Dividend | M | T | | | | | |
| 73. Trust #1 (includes 74-78) | | | | | | | | | |
| 74. -Vanguard Int Term TE Adm | C | Dividend | M | T | | | | | |
| 75. -Vanguard Prime Money Mkt | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 76. -Vanguard Ttl Int Stock Index Adm | B | Dividend | L | T | | | | | |
| 77. -Vanguard Ttl Stk Index Adm | D | Dividend | N | T | | | | | |
| 78. - Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 79. Trust #2 (includes 80-82) | | | | | | | | | |
| 80. -Vanguard Ttl Intl Stock Ix Adm | D | Dividend | N | T | Buy (add'l) | 02/10/17 | J | | |
| 81. -Vanguard Ttl Stock Ix Adm | D | Dividend | O | T | Redeemed (part) | 10/02/17 | J | | |
| 82. - Pioneeer Natural Resources | A | Dividend | J | T | | | | | |
| 83. Vanguard Trust #3 (includes 84-86) | | | | | | | | | |
| 84. -Vanguard Prime Money Mkt | A | Dividend | J | T | Redeemed (part) | 04/11/17 | J | | |
| 85. -Vanguard Prime Money Mkt | | | | | Redeemed (part) | 04/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Prime Money Mkt | | | | | Buy (add'l) | 10/25/17 | J | | |
| 87. Vanguard SEP IRA #1 (includes 88) | B | Dividend | L | T | | | | | |
| 88. -Total Bond Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 89. Vanguard R/O IRA #1 (inlcudes 90-93) | | | | | | | | | |
| 90. -Vanguard Int Inv Grade Adm | D | Dividend | N | T | | | | | |
| 91. -Vanguard Ttl Bd Mkt Idx Adm | D | Dividend | M | T | | | | | |
| 92. -Vanguard Ttl Int Bd Mkt Idx Adm | D | Dividend | N | T | | | | | |
| 93. -Vanguard ST Inv Grd Adm | D | Dividend | N | T | | | | | |
| 94. Vanguard R/O IRA #2 (includes 95-97) | | | | | | | | | |
| 95. -Vanguard Int Inv Grd Adm | E | Dividend | P1 | T | | | | | |
| 96. -Vanguard ST Inv Grd Adm | D | Dividend | O | T | Buy (add'l) | 08/18/17 | M | | |
| 97. -Vanguard Ttl Intl Bond Ix Adm | D | Dividend | O | T | | | | | |
| 98. Vanguard IRA (includes 99) | | | | | | | | | |
| 99. -Vanguard Ttl Bond Mkt Ix Adm | C | Dividend | M | T | | | | | |
| 100. Vanguard Trust #1 (includes 101-103) | | | | | | | | | |
| 101. -Vanguard LifeStrat Mod Growth | | | | | Redeemed | 01/13/17 | L | | |
| 102. -Vanguard Tax Exempt Money Mkt | | | | | Redeemed (part) | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Tax Exempt Money Mkt | | | | | Redeemed | 03/07/17 | J | | |
| 104. Vanguard Trust #2 (includes 105-106) | | | | | | | | | |
| 105. -Vanguard LifeStrat Mod Growth | B | Dividend | M | T | Redeemed (part) | 12/01/17 | J | | |
| 106. -Vanguard Tax Exempt Money Mkt | A | Dividend | J | T | Redeemed (part) | 03/06/17 | J | | |
| 107. Investments Ltd (includes 108-128) | | | | | | | | | |
| 108. -Vanguard 500 Idx Adm | E | Dividend | P1 | T | | | | | |
| 109. -Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy (add'l) | 03/21/17 | J | | |
| 110. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/23/17 | J | | |
| 111. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/23/17 | J | | |
| 112. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/28/17 | J | | |
| 113. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/17 | K | | |
| 114. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/17 | J | | |
| 115. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/22/17 | J | | |
| 116. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/22/17 | J | | |
| 117. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/19/17 | J | | |
| 118. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/19/17 | J | | |
| 119. -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/21/17 | J | | |
| 121.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/20/17 | K | | |
| 122.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/20/17 | J | | |
| 123.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/22/17 | J | | |
| 124.  -Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/22/17 | J | | |
| 125.  -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | | | | | |
| 126.  -Vanguard Ttl Int Stock Index Adm | F | Dividend | P1 | T | | | | | |
| 127.  -Vanguard Ltd-Term TE Adm | E | Dividend | P1 | T | Redeemed (part) | 10/02/17 | J | | |
| 128.  -Vanguard Ext Mkt Idx Adm | D | Dividend | O | T | | | | | |
| 129.  Management Ltd (includes 130) | | | | | | | | | |
| 130.  -Vanguard Federal Money Market | A | Dividend | J | T | | | | | |
| 131.  401k-LHPC Profit Sharing | | None | N | T | | | | | |
| 132.  Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 133.  JP Morgan Chase | A | Interest | J | T | | | | | |
| 134.  Comerica | C | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions.  I relied on our financial advisor in the implementation, accounting and recording of these transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/08/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544